UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNIE LATIMER,

    Plaintiff,

v.                                                    Case No. 8:24-cv-379-WFJ-AEP

MARTIN O'MALLEY,
Commissioner of the Social Security
Administration,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. 34) and the United States Magistrate Judge's report recommending that the motion be granted. Dkt. 36. The Commissioner does not oppose the motion. Dkt. 34 at 21. The time for filing objections has passed.

After an independent review of the file, the Court **ORDERS** as follows:

    1.  The Report and Recommendation (Dkt. 36) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

    2.  Plaintiff's unopposed motion for attorney's fees pursuant to the EAJA (Dkt. 34) is granted.

3.  Plaintiff is awarded attorney's fees in the amount of $8,439.39.

Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees. Dkt. 34-1.

**DONE AND ORDERED** at Tampa, Florida, on December 30, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record